# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY DEAN MILLER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>BEN CURRY, Warden,<br><br>　　　　　Respondent. | 1:07-cv-01271-AWI-TAG HC<br>1:07-cv-01214-AWI-WMW HC<br><br>ORDER TO RE-FILE EXISTING PAPERWORK IN CASE NO. "1:07-cv-01271-AWI-TAG HC" INTO CASE NO. "1:07-cv-01214-AWI-WMW HC"<br><br>ORDER TO ADMINISTRATIVELY CLOSE CASE NO. "1:07-cv-01271-AWI-TAG HC" |

　　　Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On July 17, 2007, Petitioner filed a petition for writ of habeas corpus in the U.S. District Court for the Northern District of California. On July 23, 2007, the Northern District ordered the case transferred to the Eastern District of California, Sacramento Division, where it was given the case no. 2:07-cv-01605-MCE-DAD HC. On August 21, 2007, the Sacramento Division of this Court ordered an intra-district transfer of that case to the Fresno Division. The case was assigned a new case no. "1:07-cv-01214-AWI-WMW HC."

　　　It appears that Petitioner, on August 29, 2007, then filed an application to proceed in forma pauperis for the petition he had originally filed in the Northern District. However, Petitioner filed the application to proceed in forma pauperis in the Northern District of California *after* the case had already been transferred from the Northern District to the Sacramento Division of this Court. Because the application to proceed in forma pauperis was not part of the documents originally transferred to the Eastern District in case no. 1:07-cv-01214-AWI-WMW HC, the Sacramento

1  Division of this Court erroneously opened a second and separate habeas case for the application,
2  assigning it case no. 1:07-cv-01271-AWI-TAG HC.  Case no. 1:07-cv-01271-AWI-TAG HC
3  contains no petition, only the in forma pauperis application and the transfer orders.  It is obvious,
4  therefore, that case no. 1:07-cv-01271-AWI-TAG HC was opened in error, that the documents
5  currently filed in that case actually should be filed in case no. 1:07-cv-01214-AWI-WMW HC. and
6  that case no. 1:07-cv-01271-AWI-TAG should be administratively closed.

    Accordingly, the Court HEREBY ORDERS that:

  1. The Clerk of the Court SHALL RE-FILE the existing paperwork in Case No. "1:07-cv-01271-AWI-TAG " into Case No. "1:07-cv-01214-AWI-WMW HC";
  2. The Clerk of the Court SHALL ADMINISTRATIVELY CLOSE Case No. "1:07-cv-01271-AWI-TAG ."

    Petitioner is advised that pursuant to Local Rule 7-132, documentation submitted to the Court should be in caption form and include the appropriate case name and number.

IT IS SO ORDERED.

Dated:  **October 1, 2007**                              /s/ Theresa A. Goldner
                                                  UNITED STATES MAGISTRATE JUDGE